UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENISHA NICOLE CRAIG,

    Plaintiff,

v.

                                  Case No. 1:23-cv-626

COMMISSIONER OF SOCIAL SECURITY,        HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## JUDGMENT

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  October 19, 2023                                    /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                   United States District Judge