UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENISHA NICOLE CRAIG,

      Plaintiff,

                               Case No. 1:23-cv-626

v.

                               HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/


**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is Plaintiff's motion for Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 19, 2025, recommending that this Court grant the motion in part.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 16) is GRANTED IN PART AND DENIED IN PART.  Plaintiff's counsel is awarded $12,345.56 pursuant to 42 U.S.C. § 406(b).


Dated:  June 3, 2025                         /s/  Paul L. Maloney_____
                                              Paul L. Maloney
                                              United States District Judge